UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MARY B. ROSS, | ) | |
| Plaintiff, | ) | Civil Action No. 7: 17-134-DCR |
| V. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the defendant is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 2nd day of March, 2018.



- 1 -